| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Central Beef Ind., L.L.C.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | | |
| Case number | 8:16-bk-2366 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Fidelity Paper & Supply Corp.**
**P.O. Box 376**
**East Hanover, NJ 07936**

What is the nature of the claim?     $ **$136,309.78**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

**2**

**USDA Food Safety & Inspections**
**US Bank - FSIS Lockbox**
**Saint Louis, MO 63197-9001**

What is the nature of the claim?     $ **$96,886.36**

     á       you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Central Beef Ind., L.L.C.**                                  Case number *(if known)*   **8:16-bk-2366**

**3**

**Hillshire Brands**
**3301 Rider Trail S.**
**Earth City, MO 63045**

**What is the nature of the claim?**                                        $ **$61,871.98**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
       Value of security:                   - $
       Unsecured claim                        $

Contact

Contact phone

**4**

**QVest**
**1101 8th St., Unit 1**
**Greeley, CO 80631**

**What is the nature of the claim?**                                        $ **$45,128.32**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
       Value of security:                   - $
       Unsecured claim                        $

Contact

Contact phone

**5**

**Rochester Midland Corp.**
**P.O. Box 64462**
**Rochester, NY 14624-6862**

**What is the nature of the claim?**                                        $ **$38,686.08**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
       Value of security:                   - $
       Unsecured claim                        $

Contact

Contact phone

**6**

**USDA Grading and Verification**
**Division**
**Acct. # 3098195**
**Saint Louis, MO 63179-0304**

**What is the nature of the claim?**                                        $ **$35,350.78**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
       Value of security:                   - $

Contact

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 2**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Central Beef Ind., L.L.C.**　　　　　Case number *(if known)*   **8:16-bk-2366**

Contact phone　　　　　Unsecured claim　　　$ _____

| | | |
|---|---|---|
| **7** | | |
| **Silliker, Inc.**<br>**3155 Paysphere Circle**<br>**Chicago, IL 60674-3155** | **What is the nature of the claim?** _____ | $ **$31,541.87** |
| | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | **Does the creditor have a lien on your property?** | |
| Contact | ☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>　　Value of security:<br>　　Unsecured claim | $ _____<br>- $ _____<br>$ _____ |
| Contact phone | | |

| | | |
|---|---|---|
| **8** | | |
| **Marten Transport Services, Ltd.**<br>**P.O. Box SDS 12-1733**<br>**Minneapolis, MN 55486-1733** | **What is the nature of the claim?** _____ | $ **$30,889.35** |
| | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | **Does the creditor have a lien on your property?** | |
| Contact | ☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>　　Value of security:<br>　　Unsecured claim | $ _____<br>- $ _____<br>$ _____ |
| Contact phone | | |

| | | |
|---|---|---|
| **9** | | |
| **Americold Logistics, LLC**<br>**Post Office Box 78459**<br>**Milwaukee, WI 53278** | **What is the nature of the claim?** _____ | $ **$27,985.09** |
| | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | **Does the creditor have a lien on your property?** | |
| Contact | ☒ No<br>☐ Yes. Total claim (secured and unsecured)<br>　　Value of security:<br>　　Unsecured claim | $ _____<br>- $ _____<br>$ _____ |
| Contact phone | | |

| | | |
|---|---|---|
| **10** | | |
| **Motion Industries, Inc.**<br>**P.O. Box 504606**<br>**Saint Louis, MO 63150** | **What is the nature of the claim?** _____ | $ **$25,813.93** |
| | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☒ None of the above apply | |
| | **Does the creditor have a lien on your property?** | |
| | ☒ No | |

B 104 (Official Form 104)　　**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　**Page 3**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1  **Central Beef Ind., L.L.C.**　　　　　　　　　　　Case number *(if known)*  **8:16-bk-2366**

    Contact

    ☐ Yes. Total claim (secured and unsecured)　　$
       Value of security:　　- $
    Contact phone　　　　Unsecured claim　　$

---

**11**

**Airgas Dry Ice**
**P.O. Box 951873**
**Dallas, TX 75395-1873**

**What is the nature of the claim?**　　$ **$24,148.60**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)　　$
   Value of security:　　- $

Contact　　　　Unsecured claim　　$
Contact phone

---

**12**

**Bemis Company, Inc.**
**24815 Network Place**
**Chicago, IL 60673-1248**

**What is the nature of the claim?**　　$ **$23,791.13**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)　　$
   Value of security:　　- $

Contact　　　　Unsecured claim　　$
Contact phone

---

**13**

**Time Definite Services, Inc.**
**1360 Madeline Lane**
**Elgin, IL 60124**

**What is the nature of the claim?**　　$ **$23,225.48**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)　　$
   Value of security:　　- $

Contact　　　　Unsecured claim　　$
Contact phone

---

**14**

**Suburban Propane**
**412 S. Main St.**
**Wildwood, FL 34785**

**What is the nature of the claim?**　　$ **$21,430.55**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)　　**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　**Page 4**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1    **Central Beef Ind., L.L.C.**                                          Case number *(if known)*    **8:16-bk-2366**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

### 15

**Industry Insights & Solutions**
**1040 Big Moss Lake Rd.**
**Lutz, FL 33558**

**What is the nature of the claim?**    $ **$20,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

### 16

**CLC Transporting, Inc.**
**8209 New York Ave.**
**Newtown, MO 64667**

**What is the nature of the claim?**    $ **$19,680.27**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

### 17

**G&K Services**
**P.O. Box 842385**
**Boston, MA 02284-2385**

**What is the nature of the claim?**    $ **$17,426.68**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact

Contact phone

☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

### 18

**Stauffer Glove & Safety**
**P.O. Box 45**
**Red Hill, PA 18076**

**What is the nature of the claim?**    $ **$16,718.37**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 5**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Central Beef Ind., L.L.C.**                                                     Case number *(if known)*   **8:16-bk-2366**

Contact

Contact phone

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
     Value of security:   - $
     Unsecured claim   $

**19**

**Spiritas Foods**
**7008 Yamini Dr.**
**Dallas, TX 75230**

**What is the nature of the claim?**                           $ **$15,354.92**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
     Value of security:   - $
     Unsecured claim   $

Contact

Contact phone

**20**

**R.A. Jones & Co.**
**P.O. Box 3848**
**Davenport, IA 52808-3848**

**What is the nature of the claim?**                           $ **$15,165.24**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured)   $
     Value of security:   - $
     Unsecured claim   $

Contact

Contact phone

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 6**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Central Beef Ind., L.L.C.**   Case number *(if known)*

## Part 2:   Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  */s/ Ida Raye Chernin*   X  _____
Ida Raye Chernin                              Signature of Debtor 2
Signature of Debtor 1

Date   3/18/16                                Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy