ORDERED.

Dated:  March 22, 2016

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Chapter 11

CENTRAL BEEF IND., LLC                                         Case No. 8:16-bk-2366-CPM

      Debtor.
_____/

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
<u>CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)</u>**

THIS CASE came on for consideration by the Court without a hearing upon the Debtor's Expedited Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (the "**Motion**") filed in the Chapter 11 cases of CENTRAL BEEF IND., LLC 8:16-bk-2366-CPM, 5C OF CENTRAL FLORIDA, LLLP, Case No. 8:16-bk-2368-CPM, and CBI MANAGEMENT/ADMINISTRATION, LLC, Case No. 8:16-bk-2370-CPM (collectively referred to as the "**Bankruptcy Cases**").  The Bankruptcy Cases are pending in this Court by or against a debtor and its affiliate.  It appears the Bankruptcy Cases should be jointly administered as authorized under Bankruptcy Rule 1015(b) and Local Rule 1015-1. Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2. The Bankruptcy Cases shall be jointly administered and *In re: Central Beef Ind., LLC*, Case No. 8:16-bk-2366-CPM, is designated as the "lead case."

3. The Clerk of the Court shall maintain a single case docket and Court file under the "lead case" number.

4. The Clerk of the Court shall maintain separate claims files, ballot files, and claims registers for each Bankruptcy Case.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders, shall be filed in the "lead case" and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CENTRAL BEEF IND., LLC | Case No. 8:16-bk-2366-CPM |
| | *Jointly Administered with:* |
| 5C OF CENTRAL FLORIDA, LLLP | Case No. 8:16-bk-2368-CPM |
| CBI MANAGEMENT/ADMINISTRATION, LLC | Case No. 8:16-bk-2370-CPM |
| Debtors._____/ | |

6. The following papers shall be filed in the separate Bankruptcy Cases: list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statement of financial affairs (and any amendments thereto), and claims (and any objections

thereto) and ballots, if separate plans are filed.  Claims filed shall indicate only the case name and number of the case in which the claim is asserted.

7. The Clerk of the Court is hereby directed to docket a Proceeding Memorandum in *In re: Central Beef Ind., LLC*, Case No. 8:16-bk-2366 advising all CM/ECF filers and PACER users that all future filings shall be filed and docketed under *In re: Central Beef Ind., LLC*, Case No. 8:16-bk-2366, except the list of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, schedules and statement of financial affairs (and any amendments thereto), claims (and any objections thereto) and ballots, if separate plans are filed.

8. In instances where the relief requested in a filing pertains to a specific Debtor or Debtors, the jointly administered caption shall be modified to indicate the specific Debtor or Debtors to which the filing or order applies.  The title, as well as the first paragraph, of the paper or order shall indicate the specific Debtor or Debtors to which it applies.  This caption shall bear the following form:

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION<br>
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CENTRAL BEEF IND., LLC | Case No. 8:16-bk-2366-CPM |
| | *Jointly Administered with:* |
| 5C OF CENTRAL FLORIDA, LLLP | Case No. 8:16-bk-2368-CPM |
| CBI MANAGEMENT/ADMINISTRATION, LLC | Case No. 8:16-bk-2370-CPM |
|     Debtors._____/ | |
| [Name of Specific Debtor] | Case No. |

Applicable Debtor.

_____/

9. The debtor in possession, or if applicable, trustee, shall not commingle assets or liabilities unless and until it is determined, after notice and hearing, that the Bankruptcy Cases involve the same debtor or that another ground exists to order substantive consolidation of the Bankruptcy Cases.

10. As creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors is directed to serve this Order on all added creditors and file proof of such service in the "lead case."

*Attorney Susan Heath Sharp is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.*