# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Central Beef Ind., L.L.C.**                                                  Case No.  **8:16-bk-2366**
                                            Debtor(s)                                  Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **5C of Central Florida, LLLP**<br>**601 Bayshore Blvd., Ste. 700**<br>**Tampa, FL 33606** | | **100%** | |

In re: __Central Beef Ind., L.L.C._____          Case No. _____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __3/22/16_____                Signature __/s/ Ida Raye Chernin_____
                                                    **Ida Raye Chernin**
                                                    Manager

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.