ORDERED.

**Dated: March 22, 2016**

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

CENTRAL BEEF IND., LLC                          Case No. 8:16-bk-02366

    Debtor.
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF CASH SELLERS OF LIVESTOCK FROM STATUTORY TRUST FUNDS PURSUANT TO SECTION 196 OF THE PACKERS & STOCKYARDS ACT, 7 U.S.C. § 196, AND OTHER APPLICABLE LAW**

THIS CASE came on for hearing on March 22, 2016 at 11:00 a.m. on the Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Cash Sellers of Livestock from Statutory Trust Funds Pursuant to Section 196 of the Packers and Stockyards Act, 7 U.S.C. § 196 and Other Applicable Law (the "**Motion**"). For the reasons stated in open court, which shall constitute the opinion of the Court, the Court finds the Motion is well taken and due to be granted. Accordingly, it is

**ORDERED:**

1.    The Motion is granted.

2.  All monies or proceeds received from collections of the Debtor's Accounts Receivable held or deposited in the BankUnited Account are held in trust by the Debtor for the benefit of unpaid cattle sellers (the "**Cattle Sellers**"), to the extent of the Debtor's debt to such Cattle Sellers, pursuant to the Packers and Stockyards Act, 7 U.S.C. § 196.

3.  The Debtor is authorized to allow checks to clear from the BankUnited Account in payment for pre-petition amounts owed to any Cattle Sellers.

4.  The Debtor is authorized to make payment on pre-petition debts to the Cattle Sellers from the BankUnited Account.

5.  This order does not require BankUnited to advance funds to the Debtor to cover checks presented, but BankUnited shall honor any checks presented for payment from the BankUnited Account if that account has funds available from deposits made by the Debtor.

6.  Consistent with the automatic stay of 11 U.S.C. § 362, BankUnited is prohibited from "sweeping" the Debtor's BankUnited Account or otherwise exercising setoff against funds held in the BankUnited Account until further order from this Court.

*Attorney Harley E. Riedel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.*