ORDERED.

Dated:  March 23, 2016

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter  11 |
| CENTRAL BEEF IND., LLC | Case No.  8:16-bk-02366 |
| Debtor.                                            / | |

**ORDER GRANTING DEBTOR'S *ORE TENUS* MOTION TO DEPOSIT
CHECKS HELD BY DEBTOR INTO THE DEBTOR'S BANKUNITED ACCOUNT**

THIS CASE came on for hearing on March 22, 2016 at 11:00 a.m. on the Debtor's *Ore Tenus* Motion to Deposit Checks Held by Debtor into the Debtor's BankUnited Account (the "**Motion**").  For the reasons stated in open court, which shall constitute the opinion of the Court, the Court finds the Motion is well taken and due to be granted.  Accordingly, it is

**ORDERED:**

1. The Motion is granted.

2. The deposits into the BankUnited Account[1] shall continue to be property of the estate, subject, however, to any trust on such funds for the benefit of unpaid Cattle Sellers pursuant to the Packers and Stockyards Act, 7 U.S.C. § 196.

3. The Debtor is authorized to deposit checks received as payment on the Debtor's Accounts Receivable into its bank account maintained with BankUnited.

4. This authorization is intended to turn the checks into cash and ensure the BankUnited Account contains sufficient funds to allow BankUnited to honor checks presented by unpaid Cattle Sellers drawn as payment by the Debtor and to meet other expenses as authorized by Court order. The Debtor has sought and obtained permission from the Court to allow payment to Cattle Sellers for pre-petition debts to be honored by BankUnited and paid from the BankUnited Account.

5. The BankUnited Account presently is not authorized as the Debtor's debtor-in-possession operating account. By the Debtor's separate Emergency Motion for Order Authorizing the Maintenance and Use of Existing Bank Accounts (Doc. No. 10), the Debtor has requested authority to utilize the BankUnited Account as its debtor-in-possession operating account.

6. This order shall be effective as of 12:12 p.m. on March 22, 2016.

*Attorney Harley E. Riedel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.*

---

[1] Capitalized terms shall have the same meaning as ascribed in the Debtor's Emergency Motion for Entry of an Order Authorizing Payment of Cash Sellers of Livestock from Statutory Trust Funds Pursuant to Section 196 of the Packers and Stockyards Act, 7 U.S.C. § 196 and Other Applicable Law (Doc. No. 7).