

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/23/2016 11:00 AM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:16-bk-02366-CPM | 11 | 03/21/2016 |

Chapter 11

**DEBTOR:**        Central Beef Ind., L.L.C.

**DEBTOR ATTY:**   Matthew Hale

**TRUSTEE:**       NA

**HEARING:**

1-Emergency Motion to Use Cash Collateral - Debtor's Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Replacement Liens, and (C) Authorizing Use of Excess Funds to Pay Down Secured Line of Credit Pursuant to Sections 105(a), 361, 363, 541 and 552 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Filed by Harley E Riedel on behalf of Debtor Central Beef Ind., L.L.C. (Riedel, Harley) Doc #3
2-Motion to Allow the Maintenance and Use of Existing Bank Accounts Filed by Harley E Riedel on behalf of Debtor Central Beef Ind., L.L.C. (Riedel, Harley) Doc #10
3-Emergency Motion to Allow Payment of Prepetition Wages, Salaries, Other Employee Benefits Filed by Matthew B Hale on behalf of Debtor Central Beef Ind., L.L.C. (doc 21)
.

**APPEARANCES:**:
HARLEY RIEDEL; MATTHEW HALE; ALEX CHERNIN; J. STEVEN WILKES; CHAD PUGATCH - CC...
**RULING:**
1-Emergency Motion to Use Cash Collateral - Debtor's Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Replacement Liens, and (C) Authorizing Use of Excess Funds to Pay Down Secured Line of Credit Pursuant to Sections 105(a), 361, 363, 541 and 552 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure Filed by Harley E Riedel on behalf of Debtor Central Beef Ind., L.L.C. (Riedel, Harley) Doc #3.. ..GRANTED BY AGREEMENT; FINAL HEARING 5/19/16 AT 2:30 PM; 5/12/16 TO OBJECT...ORDER BY RIEDEL...

2-Motion to Allow the Maintenance and Use of Existing Bank Accounts Filed by Harley E Riedel on behalf of Debtor Central Beef Ind., L.L.C. (Riedel, Harley) Doc #10.. GRANTED..ORDER BY RIEDEL...

3-Emergency Motion to Allow Payment of Prepetition Wages, Salaries, Other Employee Benefits Filed by
Matthew B Hale on behalf of Debtor Central Beef Ind., L.L.C. (doc 21).. GRANTED...ORDER BY RIEDEL...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.