

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/08/2016 03:00 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:16-bk-02366-CPM | 11 | 03/21/2016 |

Chapter 11

**DEBTOR:**        Central Beef Ind., L.L.C.


**DEBTOR ATTY:**   Buchanan Ingersoll

**TRUSTEE:**       NA

**HEARING:**

1-COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF
PLAN (DOCS 116; 117)
2-MOTION TO APPROVE AUCTION SALE    (Doc #139)
3-Expedited Motion to Sell Property Free and Clear of Liens. Property description: All Assets. . (Fee Paid.)
Filed by Harley E Riedel on behalf of Interested Parties 5C of Central Florida, LLLP, C B I
Management/Administration, LLC, Debtor Central Beef Ind., L.L.C. (Doc #154)
.

**APPEARANCES:**:
HARLEY RIEDEL; J. STEVEN WILKES; CHAD PUGATCH - CC...

**RULING:**
1-COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF
PLAN (DOCS 116; 117).. ALL MATTERS CONT TO 12/22/16 AT 2:30 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER
NOTICE GIVEN</b>...DOC #176...GRANTED TO 12/21/16...ORDER BY RIEDEL....


2-MOTION TO APPROVE AUCTION SALE    (Doc #139)


3-Expedited Motion to Sell Property Free and Clear of Liens. Property description: All Assets. . (Fee Paid.)
Filed by Harley E Riedel on behalf of Interested Parties 5C of Central Florida, LLLP, C B I
Management/Administration, LLC, Debtor Central Beef Ind., L.L.C. (Doc #154)

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.