UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter  11 |
| CENTRAL BEEF IND., LLC | Case No. 8:16-bk-02366-CPM |
| | *Jointly Administered with:* |
| 5C OF CENTRAL FLORIDA, LLLP | Case No. 8:16-bk-02368-CPM |
| CBI MANAGEMENT/ADMINISTRATION, LLC | Case No.  8:16-bk-02370-CPM |
| Debtors. | |
| _____/ | |
| 5C OF CENTRAL FLORIDA, LLLP | Case No. 8:16-bk-02368-CPM |
| Applicable Debtor. | |
| _____/ | |

**DEBTOR'S MONTHLY FINANCIAL REPORT FOR THE**
**PERIOD OF NOVEMBER 1, 2016 THROUGH NOVEMBER 30, 2016**

The Debtor hereby files its Financial Report in accordance with the Guidelines established

by the United States Trustee and FRBP 2015.

/s/ Matthew B. Hale
Harley E. Riedel (FBN 183628)
Matthew B. Hale (FBN 0110600)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone:  (813) 229-0144
Fax:  (813) 229-1811
Emails: hriedel@srbp.com; mhale@srbp.com
Attorneys for Debtors

5C

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING: _11/1/16_ AND ENDING _11/30/16_

Name of Debtor:                                     Case Number:
Date of Petition:

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 84.12 | 755,658.11 |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts (See MOR-2) | | 1,677.36 |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | — | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (1+3) | 84.12 | 757,335.47 |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | | |
|    C. Contract Labor | 19.01 | 159.47 |
|    D. Fixed Asset Payments (not incl in N) | | |
|    E. Insurance | | |
|    F. Inventory Payments (See Attach. 2) | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | | |
|    J. Payroll – Net (see Attachment 4B) | | |
|    K. Professional Fees (Accounting/Legal) | | |
|    L. Rent | | |
|    M. Repairs and Maintenance | | |
|    N. Secured Creditor Payments (Attach. 2) | | 749,068.13 |
|    O. Taxes Paid – Payroll (Attach. 4C) | | |
|    P. Taxes Paid – Sales and Use (Attach. 4C) | | 891.21 |
|    Q. Taxes Paid – Other (Attach. 4C) | | |
|    R. Telephone | | |
|    S. Travel and Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | |
|    U. Utilities | | 7150.00 |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses (See MOR-3) | | |
| Transfer to Central Beef | | 1.60 |
| TOTAL DISBURSEMENTS (Sum of 5A thru W) | 19.01 | 757,270.36 |
| ENDING BALANCE (Line 4 Minus Line 6)B[c] | 65.11 | 65.11 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _9th_ day of _December_ 2016

_Paul R Butler_
(Signature)

(a)   This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)   This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c)   These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| INTEREST RECEIVED | | 677.36 |
| Transfer from Central Beat | | 1.000.00 |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | | 1,677.36 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | N/A | |
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | N/A | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-2

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

ACCOUNTS RECEIVABLE AT PETITION DATE: _____ N | A

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include *all* accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

                  Beginning of Month Balance[a]
                      PLUS: Current Month New Billings
                  MINUS: Collection During the Month[b]
                      PLUS/MINUS: Adjustments or Write-offs*
                End of Month Balance[c]

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
_____
_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)    N | A

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total[c] |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

For any receivables in the "Over 90 Days" category, please provide the following:

| Receivable Customer | Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a)    This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)    This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements Line 2B.
(c)    These two amounts must equal.

MOR-3

### ATTACHMENT 2

### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Date Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | NONE | | |
| | | | | |
| | | | TOTAL AMOUNT[b] | |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance[a] | |
| PLUS: New Indebtedness Incurred This Month | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | |
| PLUS/MINUS: Adjustments* | |
| Ending Month Balance[c] | |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | NONE | | |
| Total[d] | | | | |

(a)    This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)  The total of line (b) must equal line (c).
(d)    This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements Line 5N.

## ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

#### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month[a]
        PLUS: Inventory Purchased During Month
        MINUS: Inventory Used or Sold
        PLUS/MINUS: Adjustments or Write-downs*
    Inventory on Hand at End of Month

*NONE*

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

#### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total |
|---|---|---|---|---|---|
| % | % | % | % | = | 100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory:_____

#### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE[b]: ___ *12.300.000* ⁰⁰
(Includes Property, Plant and Equipment)                                      *Appraised*

BRIEF DESCRIPTION (First Report Only): ___ *Real Estate* ___

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month[a] [b] | *362 106 23* |
|     MINUS: Depreciation Expense | *( 1 41 4 53 )* |
|     PLUS: New Purchases | |
|     PLUS/MINUS: Adjustments or Write-downs* | |
| Ending Monthly Balance | *360. 691 .70* |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.
BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: ___ *NONE* ___

(a)    This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)    Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Bank United        BRANCH:

ACCOUNT NAME:  S C        ACCOUNT NUMBER:  xxxxxx 2461

PURPOSE OF ACCOUNT:  OPERATING

| | |
|---|---|
| Ending Balance per Bank Statement | 65.11 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits* | |
| Minus Service Charges | |
| Ending Balance per Check Register**[(a)] | 65.11 |

*Debit cards are used by  N/A
**If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:  (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____ Transferred to Payroll Account
$_____ Transferred to Tax Account

(a)    The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements Line 7.

 **BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

| | |
|---|---|
| Page: | **1** |
| Statement Date: | **November 30, 2016** |
| Account Number: | ********2461 |

>004911 7013712 0001 008229 10Z
5C OF CENTRAL FLORIDA, LLLP
P.O. BOX 399
CENTER HILL, FL 33514

 **Customer Service Information**

| | |
|---|---|
| Client Care Center: | 877-779-BANK (2265) |
| Web Site: | www.bankunited.com |
| Mailing Address: | BankUnited |
| | P.O. Box 521599 |
| | Miami, FL 33152-1599 |

 **Special Information**

Introducing Visa® Checkout. Learn more about
Visa® Checkout by visiting our website at
www.bankunited.com.

## COMMERCIAL ANALYSIS CHECKING  Account ********2461

### Account Summary

| | | | | |
|---|---|---|---|---|
| Statement Balance as of 10/31/2016 | | | | $84.12 |
| Plus | 0 | Deposits and Other Credits | | $0.00 |
| Less | 0 | Withdrawals, Checks, and Other Debits | | $0.00 |
| Less | | Service Charge | | $19.01 |
| Plus | | Interest Paid | | $0.00 |
| Statement Balance as of 11/30/2016 | | | | $65.11 |

### Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 11/15/2016 | RPA Serv Chg Debit | $19.01 | | $65.11 |

### Balances by Date

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/31 | $84.12 | 11/15 | $65.11 |

### Other Balances

| | |
|---|---|
| Minimum Balance this Statement Period | $65.11 |

### Statement Messages

Enter the online express lane with Visa® Checkout. Learn more about Visa® Checkout by visiting www.bankunited.com. It's easy to get started, enroll your BankUnited Visa® Debit Card today and enjoy hassle-free shopping online.

**NOTE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

### BankUnited, N.A.

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

N / A

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____              BRANCH: _____

ACCOUNT NAME: _____              ACCOUNT NUMBER:  xxxxxxxxxx_____

PURPOSE OF ACCOUNT: _____

| | |
|---|---|
| Ending Balance per Bank Statement | |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits* | |
| Minus Service Charges | |
| Ending Balance per Check Register**[(a)] | |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash: (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)      The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements Line 7.

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

N / A

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Outstanding Checks and other debits* | $ |
| Minus Service Charges | $ |
| Ending Balance per Check Register**[a] | $ |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash: (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)     The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements Line 7.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS      N/A

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL[(a)] | $ |

## PETTY CASH REPORT     N/A

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL[(b)] | $ |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a+ b)** $_____ [(c)]

(c)     The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements Line 7.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

NAME OF BANK: _Bank United_   BRANCH: _____

ACCOUNT NAME: _____5 C_____   ACCOUNT NUMBER: _xxxxxxxxx_ _2461_

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 11/5/16 | | Bank United | Bank Charges | 19.01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 19.01 |

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**   N/A

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: __xxxxxxxxx____

PURPOSE OF ACCOUNT: _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       | TOTAL   | $      |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT



NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: ___xxxxxxx_____

PURPOSE OF ACCOUNT: _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-
generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL[(d)] | $ |

## SUMMARY OF TAXES PAID

| | |
|------|------|
| Payroll Taxes Paid[(a)] | $ |
| Sales & Use Taxes Paid[(b)] | $ |
| Other Taxes Paid[(c)] | $ |
| TOTAL[(d)] | $ |

(a)   This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements Line 5O.
(b)   This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements Line 5P.
(c)   This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements Line 5Q.
(d)   These two lines must be equal.

## ATTACHMENT 6

## MONTHLY TAX REPORT

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date of Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | NONE | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTAL | $ | | |

### ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
|  |  |  |  |
|  | NONE |  |  |
|  |  |  |  |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period |  |  |
| Number hired during the period |  |  |
| Number terminated or resigned during period |  |  |
| Number of employees on payroll at end of period |  |  |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| INCLUDED | WITH | Central | BEEF |  |  |
|  |  |  |  |  |  |

The following lapse in insurance coverage occurred this month: N/A

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |

☐    Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.