

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 12/22/2016 02:30 PM

### COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:16-bk-02366-CPM** | **11** | **03/21/2016** |

**Chapter 11**

**DEBTOR:**          Central Beef Ind., L.L.C.

**DEBTOR ATTY:**   **Buchanan Ingersoll**

**TRUSTEE:**          **NA**

**HEARING:**

1-COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF
PLAN (DOCS 116; 117)
2-MOTION TO APPROVE AUCTION SALE   (Doc #139)
3-Expedited Motion to Sell Property Free and Clear of Liens. Property description: All Assets. . (Fee Paid.)
Filed by Harley E Riedel on behalf of Interested Parties 5C of Central Florida, LLLP, C B I
Management/Administration, LLC, Debtor Central Beef Ind., L.L.C. (Doc #154)
.

**APPEARANCES::**
HARLEY RIEDEL; J. STEVEN WILKES; CHAD PUGATCH - CC...
**RULING:**
1-COMBINED HEARING ON APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF
PLAN (DOCS 116; 117)... ITEMS 1 2 & 3 CONT TO 1/12/17 AT 9:30 AM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER
NOTICE GIVEN</b>...

2-MOTION TO APPROVE AUCTION SALE   (Doc #139)

3-Expedited Motion to Sell Property Free and Clear of Liens. Property description: All Assets. . (Fee Paid.)
Filed by Harley E Riedel on behalf of Interested Parties 5C of Central Florida, LLLP, C B I
Management/Administration, LLC, Debtor Central Beef Ind., L.L.C. (Doc #154)....4-MOTION TO EXTEND TIME TO FILE
CONFIRMATION AFFIDAVIT (DOC 182).... GRANTED....BENCH ORDER....

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.